AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY MERCER PROPERTIES, LLC,

    Third-Party Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:22-cv-173

WILMINGTON MEXICAN FOODS, LLC d/b/a RIO BRAVO MEXICAN RESTAURANT; and LUIS GOMEZ,

    Third-Party Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 12, 2023, the Court finds that it lacks subject matter jurisdiction over the third-party claims. Therefore, Johnny Mercer Properties, LLC's claims against Wilmington Mexican Foods, LLC, and Luis Gomez are dismissed without prejudice. This action stands closed.

Approved by: _____



September 14, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020